AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Danielle Flanagan<br>*Plaintiff*<br>v.<br>WUSA-TV, TEGNA, Inc.<br>*Defendant* | )<br>)<br>) Case No.  1:19-cv-3604-CJN<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WUSA-TV, TEGNA, Inc.

Date: 02/04/2020

/s/ Camille A. Olson
*Attorney's signature*

Camille A. Olson; DC Bar No. IL0059
*Printed name and bar number*

Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
*Address*

colson@seyfarth.com
*E-mail address*

(312) 460-5831
*Telephone number*

(312) 460-7831
*FAX number*